JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco. California
Telephone: (415) 436-6758
Facsimile: (415) 436-6753
E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) Criminal No.  |
|---|---|
| - v. - | ) CR 08 0730 |
| IVAN CERNA, et al. | ) GOVERNMENT'S MOTION TO SEAL ) INDICTMENT AND ARREST ) WARRANTS AND [PROPOSED] ) SEALING ORDER |
| Defendants. | ) |

The United States hereby moves the Court for an order sealing this Motion, the above-captioned Indictment, any Arrest Warrants issued from the Indictment, and this Sealing Order until further order of the Court. The United States believes that disclosure of this Motion, Indictment, Arrest Warrants, and this Sealing Order may cause the subjects — many of whom have not yet been arrested — to make efforts to flee, destroy evidence, intimidate witnesses, and/or conceal on-going criminal activity. The United States further requests that a copy of the

Indictment and Arrest Warrants be provided to agents of Immigration and Customs Enforcement, and any other federal, state, or local officers assisting in this investigation so that the Arrest Warrants may be served at the appropriate time in the investigation.

Dated: October 16, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W.S. WILSON LEUNG
Assistant United States Attorney

**ORDER TO SEAL INDICTMENT AND ARREST WARRANT**

Based upon the motion of the Government and for good cause shown, IT IS HEREBY ORDERED that the Government's Motion, the Indictment, Arrest Warrants, and this Sealing Order shall be sealed until further order of the Court, except that a copy of the Indictment and Arrest Warrants shall be provided to agents of Immigration and Customs Enforcement, and any other federal, state, or local officers assisting in this investigation, for use in their investigation.

Dated: October 16, 2008

HON. EDWARD M. CHEN
United States Magistrate Judge