JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6758
FAX: (415) 436-6753

Attorneys for the United States of America

FILED
2008 OCT 23 PM 2:28
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> IVAN CERNA, et al., <br> Defendants. | No: CR-08-0730-WHA(~~NJV~~) <br><br> APPLICATION AND [~~PROPOSED~~] UNSEALING ORDER |

The Government respectfully submits this application to unseal the above-captioned Indictment. Most of the defendants named in the Indictment are now in custody, and the unsealed Indictment is needed for court proceedings.

DATED: October 23, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

By: _____
W.S. Wilson Leung
Assistant United States Attorney

//

1  Upon the motion of the United States, by United States Attorney Joseph P. Russoniello
2  and Assistant United States Attorney W.S. Wilson Leung, of counsel, for the reasons stated
3  above, it is hereby ordered that the above-captioned Indictment and matter be unsealed.
4  IT IS SO ORDERED.

6  DATED: October 23rd 2008

HON. NANDOR J. VADAS
United States Magistrate Judge