| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | W.S. WILSON LEUNG (CABN 190939)<br>Assistant United States Attorney |

FILED

08 OCT 29 PM 2: 03

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6758
FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No: CR-08-0730-WHA |
| v. | ) | |
| IVAN CERNA, et al., | ) | APPLICATION AND [~~PROPOSED~~] |
| Defendants. | ) | UNSEALING ORDER |

The Government respectfully submits this application to unseal the above-captioned case. Maintaining the seal is no longer needed because most of the defendants named in the Indictment are in custody, and court appearances have begun.

DATED: October 28, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

By: _____
W.S. Wilson Leung
Assistant United States Attorney

//

1 | Upon the motion of the United States, by United States Attorney Joseph P. Russoniello
2 | and Assistant United States Attorney W.S. Wilson Leung, of counsel, for the reasons stated
3 | above, it is hereby ordered that the above-captioned case be unsealed.
4 | IT IS SO ORDERED.

DATED: October 28, 2008

_____
HON. WILLIAM H. ALSUP
United States District Judge

-2-