```
Martin Antonio Sabelli [CSBN 164772]
Law Office of Martin A. Sabelli
584 Castro Street, #851
San Francisco, CA  94114
Phone: 415.796.2430
Fax: 415.520.5810

Attorney for Defendant
GUILLERMO HERRERA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-730-WHA |
| Plaintiff, | REQUEST THAT DETENTION HEARING BE TAKEN OFF CALENDAR |
| v. | |
| GUILLERMO HERRERA, et al., | DATE: October 31, 2008 |
| | TIME: 9:30 AM |
| Defendants. | COURTROOM: F |

TO: THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA AND ASSISTANT UNITED STATES ATTORNEY W.S. WILSON LEUNG

The detention hearing in this matter is currently scheduled to be heard on October 31, 2008, at 9:30 AM by the Honorable Magistrate Judge James Larson.  Defendant Guillermo Herrera hereby requests that the detention hearing be taken off calendar and rescheduled for November 11, November 12 or November 13, 2008, or another date amenable to the United States Attorney.

When the detention hearing was scheduled, undersigned counsel had not yet been appointed to represent Mr. Herrera and was therefore unable to participate in setting the date for the detention hearing.  Undersigned counsel, unfortunately, is not be able to attend the hearing as scheduled on October 31, 2008, and therefore makes the instant request.

REQUEST THAT DETENTION HEARING BE TAKEN OFF CALENDAR
No. CR 08-0730 WHA

Undersigned counsel has informed Government counsel of this request via voicemail at approximately 9:00 am on this date.

Dated: October 30, 2008

/S/
Martin Antonio Sabelli
Attorney for Defendant
GUILLERMO HERRERA

REQUEST THAT DETENTION HEARING BE TAKEN OFF CALENDAR
No. CR 08-0730 WHA