IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, ET AL,<br><br>    Defendant.<br>_____/ | No. CR 08-0730 WHA<br><br>**CLERK'S NOTICE MOVING HEARING LOCATION** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

   YOU ARE NOTIFIED THAT the Trial Setting hearing set for **December 9, 2008 at 2:00 p.m.** before the Honorable William Alsup has been moved to Courtroom 4, on the 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   December 8, 2008                          FOR THE COURT,

                                                                            Richard W. Wieking, Clerk

                                                                       By: _____
                                                                            Dawn Toland
                                                                            Courtroom Deputy to the
                                                                            Honorable William Alsup