| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney | **FILED** |
| 2 | FEB 0 3 2009 |
| 3  BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT |
| 4  W.S. WILSON LEUNG (CABN 190939)<br>Assistant United States Attorney | NORTHERN DISTRICT OF CALIFORNIA |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6758
FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                                          )<br>              v.                                          )<br>                                                          )<br>IVAN CERNA, et al.,                        )<br>                                                          )<br>              Defendants.                       )<br>_____) | No: S2-CR-08-0730-WHA<br><br>APPLICATION AND [~~PROPOSED~~]<br>UNSEALING ORDER |

The Government respectfully submits this application to unseal the above-captioned Second Superseding Indictment as well as the underlying case, which had been sealed because four of the thirty-one named defendants needed to be arrested. Of these four, one has been arrested and the whereabouts of the others are unknown. Accordingly, the Government would ask that the Second Superseding Indictment and the underlying case be unsealed so that the matter can proceed with respect to the defendants already in custody.

DATED: February 3, 2009                                 JOSEPH P. RUSSONIELLO
                                                                        United States Attorney

                                                                        By: _____
                                                                        W.S. Wilson Leung
                                                                        Assistant United States Attorney

-2-

1  Upon the motion of the United States, by United States Attorney Joseph P. Russoniello
2  and Assistant United States Attorney W.S. Wilson Leung, of counsel, for the reasons stated
3  above, it is hereby ordered that the above-captioned Second Superseding Indictment and the
4  underlying case be unsealed.
5  IT IS SO ORDERED.

7  DATED: February 3, 2009

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge