JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH(CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> IVAN CERNA, et al., <br><br> Defendants. | No. S2-CR-08-0730-WHA <br><br> UNSEALED DECLARATION OF W.S. WILSON LEUNG IN SUPPORT OF GOVERNMENT'S MOTION FOR PROTECTIVE ORDER <br><br> Hearing: June 24, 2009 <br> Time: 2:30 pm <br> Court: Honorable William H. Alsup |

I, W.S. WILSON LEUNG, hereby declare and state the following:

1. I am an Assistant United States Attorney in the Office Joseph P. Russoniello, United States Attorney for the Northern District of California. I respectfully submit this summary Declaration in support of the Government's motion for a protective order for witness security (the "Motion").

2. The Government has submitted a more detailed Declaration under seal in support of its Motion. This unsealed Declaration is to advise the defense, first, of the existence of this more detailed Declaration, and second, of the general themes and concerns underlying the

Motion.

3. The Government submits that certain civilian witnesses — notably would-be cooperating witness and their families and loved ones, as well as victims of MS-13 crimes — are at heightened risk of physical harm, threats, and harassment by MS-13 members, associates, and sympathizers. Accordingly, the Government takes the position that information relating to these "primary witnesses" must be strictly protected. In addition, because of the nature of the charges and the nature of these defendants, information relating to other civilian witnesses, deemed "secondary witness," should also be subject to protection, although less strict than the protection afforded to primary witnesses.

4. In addition, as a general matter, the Government submits that certain identifying information, such as Social Security Number, date of birth, and driver's license numbers, are inherently subject to abuse if publicly disclosed and are largely irrelevant to the defense. Accordingly, such sensitive information should be redacted or, at least, protected and not publicly disseminated absent some specific need.

5. For the reasons set forth in the sealed Declaration, the listed civilian witnesses should be subject to a protective order so that: (a) they are not subject to harm, threats, intimidation, or harassment; and (b) at minimum, sensitive personal information relating to these witnesses is not publicly disclosed and, as a result, subject to abuse.

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED:    May 13, 2009            /s/ W.S. Leung
                                  W.S. WILSON LEUNG
                                  Assistant United States Attorney