JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. S2-CR-08-0730-WHA |
| ) | |
| v. ) | NOTICE OF [PROPOSED] ORDER AUTHORIZING PRIVATE TESTING OF DRUG EXHIBITS |
| ) | |
| JUDITH SOSA, ) | |
|     a/k/a "J-Dubbs," ) | |
| ) | |
| Defendant. ) | |
| ) | |

    In response to a request from the defendant, Judith Sosa, the Government respectfully submits on behalf of the parties the enclosed [Proposed] Order Authorizing Private Testing of Drug Exhibits so that four of the drug exhibits in the above-captioned matter can be sampled and tested by a private laboratory retained by the defendant.

DATED: June 2, 2009            Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO

                                      /s/
                                    W.S. Wilson Leung
                                    Assistant United States Attorney