CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant IVAN CERNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-0730 WHA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT IVAN CERNA'S NOTICE OF JOINDER IN JUDITH SOSA, GUILLERMO HERRERA, AND MORIS FLORES OPPOSITIONS TO MOTION FOR PROTECTIVE ORDER** |
| IVAN CERNA, | ) | |
| Defendant. | ) | DATE: June 24, 2009<br>TIME: 2:00 p.m.<br>COURT: Hon. William Alsup |

PLEASE TAKE NOTICE that Defendant IVAN CERNA joins in the following pleadings filed by co-defendants and adopts the arguments and authorities contained therein as they apply to Ivan Cerna:

1. Judith Sosa's Response to Government's Notice of Motion for Protective Order (doc. 334).

2. Guillermo Herrera's Opposition to Government's Motion for Protective Order (doc. 335).

3. Moris Flores' Opposition to Government's Motion for Protective Order (doc. 336).

DATED: June 2, 2009                    Respectfully submitted,

/s/Christopher J. Cannon
Christopher J. Cannon
Attorney for Ivan Cerna

DEFENDANT IVAN CERNA'S NOTICE OF JOINDER IN JUDITH SOSA, GUILLERMO HERRERA, AND MORIS FLORES OPPOSITIONS TO MOTION FOR PROTECTIVE ORDER
No. CR 08-0730 WHA

2