IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, et al.,

    Defendant.
                               /

No. CR 08-00730 WHA

**ORDER RESCHEDULING HEARING DATES**

        To accommodate the limited resources of the U.S. Marshal Service, the hearing dates in the future will be held on Tuesday instead of Wednesday, except that the June 24 hearing will remain unchanged on Wednesday, which will be held at 1:00 p.m. in Courtroom #3, 3rd floor of the Oakland Federal Building.  The dates that are changed are as follows: August 19, 2009 is moved to **August 18, 2009** at 1:00 p.m. and December 9, 2009 is moved to **December 8, 2009** at 1:00 p.m.

        **IT IS SO ORDERED.**

Dated: June 8, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\cerna.wpd