UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 24, 2009

Case No.:  CR 08-0730 WHA

Title:  UNITED STATES -v-

IVAN CERNA  (custody) - Counsel: Christopher Cannon
MARVIN CARCAMO (custody)(int.) - Counsel: Ellen Leonida
ANGEL NOEL GUEVARA (custody)(int.) - Counsel: Harris Tayback
MORRIS FLORES (custody) - Counsel: Mark Rosenbush
GUILLERMO HERRERA (custody)(int.) - Counsel: Martin Sabelli
JONATHAN CRUZ-RAMIREZ (custody)(int.) - Counsel: Ed Swanson for Susan Raffanti
WALTER CRUZ-ZAVALA (custody)(int.) - Counsel: Martin Sabelli for Randy Sue Pollack
WALTER PALMA (custody) - Counsel: Mark Goldrosen for Tony Brass
DANIEL PORTILLO (custody)(int.) - Counsel: Howard Berman for Jeffry Glenn
ERICK LOPEZ (custody) - Counsel: Peter Goodman
CARLOS GARRIDO (custody) (int.) - Counsel: Phil Vaughns
WALTER CHINCHILLA-LINAR (custody)(int.) - Counsel: Ed Swanson for Ann Moorman
CESAR ALVARADO (custody)(int) - Counsel: Mark Goldrosen
DOUGLAS LARGAESPADA (custody) - Counsel: Erik Babock
WILBERT CASTILLO (custody) (int.) - Counsel: Frank Bell
MELVIN MALDONADO (custody)(int.) - Counsel: Brian Berson
MANUEL FRANCO (custody) - Counsel: Joseph Nobel for Gerri Green
RODRIGO MOLINA (custody)(int.) - Counsel: Ian Loveseth
MAURICIO URIAS (custody) - Counsel: Brendan Conroy
JUDITH SOSA (present, out of custody) - Counsel: Ethan Balogh
JOHN LACSAMAN BRIEZ (custody) - Counsel: John Runfola
ARISTIDES CARCAMO (custody)(int.) - Counsel: Seth Chazin for Shana Keating
RAFAEL MONTOYA (custody)(int.) - Counsel: Ed Swanson
RENE MONTES-MAYORGA (custody)(int.) - Counsel: George Boisseau
RODIL NOCHEZ (present, out of custody)(int.) - Counsel: Seth Chazin
DANIEL GONZALEZ (custody) - Counsel Seth Chazin for Nina Wilder
MARLON LUMANG (custody) - Counsel: Seth Chazin for Linda Fullerton

Counsel for Government: Wilson Leung; Theryn Gibbons

Third-Party SFPD: Ronnie Wagner (In House Counsel)

Spanish Interpreters: Ines Swaney; Heidi Klaus; Monique Inciarte; Daniel Navarro

Deputy Clerk:  Dawn Toland               Court Reporter: Raynee Mercado

CR08-0730 WHA
Minute Order June 24, 2009
Page Two

## **PROCEEDINGS**

1)   Stage One Motions - HELD

2)   _____

Case continued to  **8/18/09 at 1:00 pm**   for Stage Two Motions

Time Excluded:   **Begins:**   **6/24/09**          **Ends:**   **8/18/09**

**ORDERED AFTER HEARING:**

All of the Spanish Interpreters were sworn-in at the beginning of the proceedings.

Court will issue a tentative protective order re Government's motion for protective order. Parties shall submit a joint report in response to the order by noon on 7/8/09.

Parties argued the Motion for Release of Brady Material and Issuance of Subpoena. Defendant Sosa's counsel was given four pages by SFPD Ronnie Wagner in response to a subpoena served on Sgt MacDonald.  SFPD's objection was overruled.  Court signed two proposed orders issuing subpoena for documents requested by defendant Erick Lopez.

Time is excluded.