MARTIN SABELLI (164772)
Law Offices of Martin A. Sabelli
149 Natoma St., 3rd Fl.
San Francisco, CA 94105
Tel: (415) 796-2430
Fax: (415) 520-5810
msabelli@comcast.net

JOHN R GRELE (167080)
Law Offices of John R Grele
149 Natoma St., 3rd Fl.
San Francisco, CA 94105
Tel: (415) 348-9300
Fax: (415) 348-0364
jgrele@earthlink.net

Attorneys for Defendant
GUILLERMO HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 08-0730 WHA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING RE MOTION TO QUASH FROM JULY 16, 2009 TO JULY 30, 2009 |
| vs. | |
| GUILLERMO HERRERA, *et al.*, | |
| Defendants. | |

On July 7, 2009, the Court issued an Order directing the parties to this motion to meet and confer regarding the pending Motion to Quash Herrera Subpoena.

Counsel for the SFPD was required to consult with personnel within the SFPD before meeting and conferring with counsel for Mr. Herrera. Concretely, SFPD counsel was required to consult with SFPD Gang Task Force Sgt. McDonnell to understand the substance of the requested materials more fully and she has now done so.

1    Both undersigned counsel and co-counsel, John Grele, will be unavailable from July
2    20, 2009 through July 24, 2009.
3    For this reason, the parties jointly request that the hearing on this matter be continued
4    from Thursday, July 16, 2009 to Thursday, July 30, 2009 at 1:30 pm which is available for the
5    Court and for the parties.
6
7    SO STIPULATED:
8
9    DATED:   July 13, 2009                        _____/s Martin Sabelli_____
                                                   MARTIN SABELLI
10                                                 Attorney for Guillermo Herrera
11
12
13   DATED:   July 13, 2009                        ___/s Ronnie  Wagner_____
                                                   RONNIE WAGNER
14                                                 Attorney for SFPD
15
16                                       **ORDER**
17   Pursuant to stipulation, the July 16, 2009 hearing is hereby continued to July 30, 2009
18   at 1:30 p.m.
19
20   IT IS SO ORDERED.
21
22   Dated:  July 14, 2009           _____
23                                   HON. WILLIAM H. ALSUP
                                     UNITED STATES DISTRICT JUDGE
24
25
26
27
28

                                          2
                                   [PROPOSED] ORDER