MARTIN SABELLI (164772)
Law Offices of Martin A. Sabelli
149 Natoma St., 3rd Fl.
San Francisco, CA 94105
Tel: (415) 796-2430
Fax: (415) 520-5810
msabelli@comcast.net

JOHN R GRELE (167080)
Law Offices of John R Grele
149 Natoma St., 3rd Fl.
San Francisco, CA 94105
Tel: (415) 348-9300
Fax: (415) 348-0364
jgrele@earthlink.net

Attorneys for Defendant
GUILLERMO HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 08-0730 WHA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO ACCEPT FILING OF GUILLERMO HERRERA'S MOTION FOR BILL OF PARTICULARS |
| vs. | |
| GUILLERMO HERRERA, *et al.*, | |
| Defendants. | |

On July 10, 2009, the deadline for Stage Two motions in this case, Guillermo Herrera mistakenly filed a Motion for Bill of Particulars in person rather than by ECF.

At approximately 10:00 am on July 11, 2009, undersigned counsel realized that this mistake had been made. Undersigned counsel then immediately contacted the undersigned Assistant United States Attorney (AUSA Leung) and filed the Motion for Bill of Particulars by ECF. AUSA Leung indicated that he did not object to that filing.

1  Undersigned counsel therefore request that the status of this Motion be clarified and
2  that it be deemed filed as a Stage Two motion in this case.
3  SO STIPULATED:
4
5  DATED:   July 28, 2009                    _____/s Martin Sabelli_____
                                              MARTIN SABELLI
6                                             Attorney for Guillermo Herrera
7
8
9  DATED:   July 28, 2009                    ____/s Wilson Leung_____
                                              WILSON LEUNG
10                                            Assistant United States Attorney
11
12                                **ORDER**
13  Pursuant to stipulation, the Motion for Bill for Particulars is hereby deemed to be
14  properly filed as a Stage Two motion in this matter.
15
16  IT IS SO ORDERED.
17
18  Dated:  July 28, 2009                    _____
19                                            HON. WILLIAM H. ALSUP
                                              UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER