JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH(CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0730-WHA |
| ) | |
| v. ) | CORRECTION TO DECLARATION OF W.S. WILSON LEUNG IN RESPONSE TO DEFENDANT JUDITH SOSA'S *EX PARTE* APPLICATION FOR RULE 17 SUBPOENAE AND FOR BIFURCATION OF AUGUST 4, 2009 EVIDENTIARY HEARING |
| IVAN CERNA, et al., ) | |
| ) | |
| Defendants. ) | |

I, W.S. WILSON LEUNG, declare as follows:

1. I am an Assistant United States Attorney in the Office of Joseph P. Russoniello, United States Attorney for the Northern District of California. I respectfully submit this Declaration to correct a typographical error in my Declaration in resposne to the "*Ex Parte* Application for Issuance of Rule 17 Subpoenae and to Bifurcate Brady Hearing" filed by Ethan Balogh, Esq., on behalf of defendant Judith Sosa on July 29, 2009.

2. In paragraph 2 of that Declaration, I inadvertently wrote that the date on which I received notice about the subpoenas served on three law enforcement agents was "April 22, 2009." The actual date is *July* 22, 2009, and I would respectfully request that this submission be

1 | accepted to correct this error.
2 |     Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury
3 | that the foregoing is true and correct.
4 |
5 | DATED: July 31, 2009
6 |                           /s/
7 |                        W.S. WILSON LEUNG

-2-