UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 30, 2009

Case No.:  CR 08-00730 WHA

Title:  UNITED STATES -v- GUILLERMO HERRERA (custody)

Counsel for Government:  N/A

Counsel for Defendant(s):  Martin Sabelli

SF Police Department: Ronnie Wagner

Spanish Interpreter: Melinda Basker; Victor Martinez

Deputy Clerk: Dawn Toland          Court Reporter:  Kathy Wyatt

**PROCEEDINGS**

1)  Motion to Quash Subpoena - HELD

2)  

Case continued to __ for Status

**ORDERED AFTER HEARING:**

Court ruled on several of the items on the subpoenaed list before recessing.  The remaining items will need to be addressed at a later hearing to be set after the parties contact the clerk to schedule a date.