UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 31, 2009

Case No.:  CR 08-0730 WHA

Title:  UNITED STATES -v-

IVAN CERNA  (custody) - Counsel: Christopher Cannon
MARVIN CARCAMO (custody)(int.) - Counsel: Martin Sabelli specially for Ellen Leonida
ANGEL NOEL GUEVARA (custody)(int.) - Counsel: Martin Sabelli for Harris Tayback
MORRIS FLORES (custody) - Counsel: Mark Rosenbush
GUILLERMO HERRERA (custody)(int.) - Counsel: Martin Sabelli
JONATHAN CRUZ-RAMIREZ (custody)(int.) - Counsel: Susan Raffanti
WALTER CRUZ-ZAVALA (custody)(int.) - Counsel: Nina Wilder for Randy Sue Pollack
WALTER PALMA (custody) - Counsel: Tony Brass & John Runfola
DANIEL PORTILLO (custody)(int.) - Counsel: Jeffry Glenn
ERICK LOPEZ (custody) - Counsel: Peter Goodman
CARLOS GARRIDO (custody) (int.) - Counsel: Phil Vaughns
WALTER CHINCHILLA-LINAR (custody)(int.) - Counsel: Gugelman for Ann Moorman
CESAR ALVARADO (custody)(int) - Counsel: Mark Goldrosen
DOUGLAS LARGAESPADA (custody) - Counsel: Susan Raffanti for Erik Babock
WILBERT CASTILLO (custody) (int.) - Counsel: Frank Bell
MELVIN MALDONADO (custody)(int.) - Counsel: Brian Berson
MANUEL FRANCO (custody) - Counsel: Gerri Green & Phil Vaughns
RODRIGO MOLINA (custody)(int.) - Counsel: Martin Sabelli for Ian Loveseth
MAURICIO URIAS (custody) - Counsel: Brendan Conroy & Mark Goldrosen
JUDITH SOSA (present, out of custody) - Counsel: Ethan Balogh
JOHN LACSAMAN BRIEZ (custody) - Counsel: John Runfola
ARISTIDES CARCAMO (custody)(int.) - Counsel: Nina Wilder for Shana Keating
RAFAEL MONTOYA (custody)(int.) - Counsel: August Gugelmann for Ed Swanson
RENE MONTES-MAYORGA (custody)(int.) - Counsel: Martin Sabelli for George Boisseau
RODIL NOCHEZ (NOT present, out of custody)(int.) - Counsel: Seth Chazin
DANIEL GONZALEZ (custody) - Counsel: Nina Wilder


Counsel for Government: Wilson Leung

Spanish Interpreters: Maria Munoz; Daniel Navarro; Angela Zadwadski

Deputy Clerk:  Dawn Toland                Court Reporter: Raynee Mercado

CR08-0730 WHA
Minute Order August 31, 2009
Page Two

## PROCEEDINGS

1)   <u>Further Evidentiary Hearing - HELD</u>

2) <u>                                             </u>

Case continued to **12/8/09 at 1:00 pm** for Stage Three Motions

**ORDERED AFTER HEARING:**

Spanish Interpreter Maria Munoz was sworn-in at the beginning of the proceedings.

Defendants' called witness Agent Christopher Merendino. Defendants' exhibits H through M were identified (exhibits later admitted by order dkt. #612.)

Government's Motion to Quash Subpoenas as to defendant Judith Sosa is Granted.