UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 23, 2009

Case No.: CR 08-0730 WHA

Title: UNITED STATES -v- GUILLERMO HERRERA (custody)

Counsel for Government: Wilson Leung

Counsel for Defendant(s): Martin Sabelli

Counsel for SF Police Dept: Ronnie Wagner

Interpreter: Carol Rhine-Medina; Carol Tonelli (Spanish Int)

Deputy Clerk: Dawn Toland          Court Reporter: Sahar McVickar

## PROCEEDINGS

1) Evidentiary Hearing on Motion to Quash - HELD

2) 

Case continued to __ for Status

**ORDERED AFTER HEARING:**

Defendant Erick Lopez's attorney Peter Goodman appeared to request clarification of the Court's process for redacting the Henthorne material. A formal motion needs to be filed to address the issue.

Defendant Herrera called witnesses Sergeant Mario Molina and Lieutenant Ernest Fernando re SFPD's Motion to Quash the Subpoena. Court will allow the defendant to submit a revised subpoena by 10/5/09; and the response shall be filed by 10/19/09.

Defendant Herrera was given approval to distribute the Alpha file to co-defendants, if they request it, but they must file a joinder in the protective order before getting copies.