IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>IVAN CERNA, et al.,<br><br>  Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE LETTER FROM DEFENDANT LUMANG** |

The Court has received the attached letter from defendant Lumang. A hearing on this matter will be held **TUESDAY, NOVEMBER 24, 2009, AT 2:00 P.M**. Only defendant Lumang, his attorney and the government need attend. The defendant's sentencing currently scheduled for November 17, 2009, is hereby continued to **TUESDAY, DECEMBER 15, 2009, AT 2:00 P.M.**

**IT IS SO ORDERED.**

Dated: November 16, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE