Your Honor,

First & foremost, I'd like to apologize to you & the court for having to bring up, time & time again, the matter concerning my Attorney & her total lack of involvement in & surrounding my case. I'd like to express my condolences to her & her family, however after giving her the benefit of the doubt on two separate occasions, I feel she is for reasons of her own, not up to proper representation on my behalf. I get told one thing & follow up on it, only to be told the opposite. My calls are unanswered most times & when her secretary answers I am treated rudely & given no information pertinent to case. I was never informed of my court date being put off, when a single phone call could have saved my family the time & worry of making my court date only to find out it had been put off until, when? I as of this day still have no idea. When I am told to call back at a certain time there is no answer. To be quite frank, I am at my wit's end & to stop wasting the courts precious time as well as my own, I formally wish to petition her representation of me, get new counsel & move on in an expediate fashion. Thank you very much for your time & consideration in this matter.

Sincerely Morton Lemany QLN 655