IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, et al.,

    Defendants.
                             /

No. CR 08-0730 WHA

**ORDER DENYING DEFENDANT GONZALEZ'S AMENDED MOTION FOR RELIEF FROM FINAL PROTECTIVE ORDER**

    Defendant Daniel Gonzalez has filed a motion amending his earlier motion to be exempted from the final protective order. The amended motion is identical to his previous motion except that it is noticed for hearing on December 1, 2009, while his earlier motion was noticed for hearing on November 18, 2009. A November 3 order (Dkt. No. 806) denied his earlier motion. For the same reasons, defendant Gonzalez's amended motion to be exempted from the final protective order is also **DENIED**.

    **IT IS SO ORDERED.**

Dated: November 16, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE