Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
GIOVANNI HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GIOVANNI HERNANDEZ, <br><br> Defendant. | No. CR-08-0730 WHA <br><br> **DEFENDANT GIOVANNI HERNANDEZ'S ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS** |

I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the Government and/or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want the Government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

Date: 11-30-09

_____
Defendant

_____
Mark R. Vermeulen
Attorney for Defendant

I am a certified court interpreter of the Spanish language and I have translated this document to the defendant.

Date: 11/30/09

_____
Interpreter
#93-493