IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. CR 08-0730 WHA |
| Plaintiff, | | |
| v. | | **ORDER RE FORM OF ELECTRONIC FILING** |
| IVAN CERNA, *et al.* | | |
| Defendants. | / | |

When e-filing documents, the parties are directed to electronically link to prior e-filed documents that are relevant to the current pleading. For example, an opposition to a motion to suppress should link to the motion to suppress. As another example, if your document refers to an existing document in the case, specify the specific existing e-filed documents that the current filing references. *See* Electronic Case Filing Users Manual at 23, *et seq.* (located on the court's website at https://ecf.cand.uscourts.gov/cand/index.html and describing this process).

Linking documents is accomplished as follows. After a party uploads the pdf document that is being e-filed, an additional screen is displayed with a blank box next to "Should the document you are filing link to another document in the case." The filing party should check that box. Further fields allow the filing party to (A) enter the specific docket number for the linked document (easily accessible to the filing party in the header of the previously-filed document), (B) enter a date range, and/or (C) click submit and thereafter select the appropriate linked document from the docket sheet (either the full docket sheet or a shorter docket sheet within the date ranges specified). These instructions should be sufficient to allow parties to electronically link to prior filed documents, but further instructions can be found in the users manual referenced in the preceding paragraph.

The Court observes that while some parties are linking appropriately, others are not, and the situation is aggravated by ECF headings that do not always reflect the content of the filed document. This inconveniences all parties in a case where the filings are voluminous. Accordingly, for all future filings, the parties must comply with this order.

**IT IS SO ORDERED.**

Dated: March 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE