IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al.*,<br><br>Defendants. | No. CR 08-00730 WHA<br><br>**ORDER DENYING DEFENDANT GUILLERMO HERRERA'S MOTION TO VACATE INVITATION TO MAKE AN EX PARTE SHOWING AND VACATING HEARING** |

A previous order (Dkt. No. 1655) granted in part defendants' motions for a bill of particulars and ordered the government to reveal the identities of some of victims of crimes charged in this matter. It stated that if the government contended that revealing a victim's identity would endanger his or her safety, disclosure "may possibly be delayed by further order" if the government demonstrated to the Court a specific threat to the victim. The government was given permission to file its showing ex parte or under seal.

Defendant Guillermo Herrera moves for an order to vacate permission for the government to make an ex parte showing in support of its request to withhold victims' identities. Defendant Herrera argues that such permission violates due process by allowing the Court to consider "secret evidence in non-adversarial proceedings" (Br. at 2).

A previous order in this matter already found that the government made a substantial showing of danger to inculpatory civilian witnesses and on that basis issued a protective order aimed at balancing the need to protect civilian witnesses from retaliation against the need of the defense to prepare for trial (Dkt. No. 631). Rule 16(d)(1) authorizes the Court, for good cause, to

deny, restrict, or defer discovery or inspection, and explicitly states that a party may be permitted "to show good cause by a written statement that the court will inspect *ex parte*." The previous order granting the government permission to make an *ex parte* showing regarding alleged danger to victims is a reasonable exercise of this authority. Defendant Herrera's motion is therefore **DENIED**. The hearing noticed for May 25, 2010, is **VACATED**.

**IT IS SO ORDERED.**

Dated: May 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE