IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al.*,<br><br>Defendants.<br>_____ / | No. CR 08-00730 WHA<br><br>**ORDER DENYING DEFENDANT GUILLERMO HERRERA'S MOTION TO RESCIND DEFENDANT PALMA'S SENTENCING CONTINUANCE AND VACATING HEARING** |

Defendant Guillermo Herrera moves to rescind the sentencing continuance of co-defendant Walter Palma. Defendant Palma's sentencing was continued "because the pre-sentence interview has not occurred and therefore, a pre-sentence report has not been completed in this matter" (Dkt. No. 1546). Defendant Herrera argues that defendant Palma "appears to be a cooperator" and that delaying preparation of defendant Palma's pre-sentence report would deny defendant Herrera access to *Brady* material. While it is true that the Ninth Circuit has held that a criminal defendant has a constitutional right to examine *Brady* material contained within pre-sentence reports, *Brady* does not require the creation of exculpatory evidence not yet in existence. *United States v. Monroe*, 943 F.2d 1007, 1011 n.2 (9th Cir. 1991). Defendant Herrera may not

compel the early preparation of defendant Palma's pre-sentence report nor an earlier date for his sentencing. Defendant Herrera's motion is **DENIED**. The hearing noticed for May 25, 2010, is **VACATED**.

**IT IS SO ORDERED.**

Dated: May 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE