IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO HERRERA, *et al.*,<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER GRANTING REQUEST FOR ADVANCEMENT OF HEARING RE DEFENDANT GUILLERMO HERRERA'S MOTION TO SUPPRESS** |

The government and defendant Guillermo Herrera jointly request advancement of the hearing date on Mr. Herrera's motion to suppress to November 22 at 1:30 p.m. due to defense counsel's unavailability on December 8 (Dkt. No. 2461). The requested hearing date is unavailable. Instead, the hearing date will be advanced to **NOVEMBER 29** at **2 P.M.**

**IT IS SO ORDERED.**

Dated: October 29, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE