IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE STATUS OF DEFENDANT GUILLERMO HERRERA'S APRIL 5 REQUEST (DKT. NO. 1615)** |
| GUILLERMO HERRERA, *et al.*, | |
| Defendants. | |

Defendant Guillermo Herrera previously requested an evidentiary hearing on whether false or misleading information was provided to the undersigned as part of a government *ex parte* showing (Dkt. No. 1615). Defendant Herrera has indicated that he believes this request is still under submission (Dkt. No. 2297). To clarify the record, this request is no longer under submission. It was addressed and denied in a prior order (Dkt. No. 1653 at 3).

Dated: November 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE