IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT GUILLERMO HERRERA'S MOTION FOR DISCLOSURE OF PEREZ MEMORANDUM** |
| v. | |
| GUILLERMO HERRERA, *et al.*, | |
| Defendants. | |

Defendant Guillermo Herrera moves for disclosure of the Perez memorandum referenced by Sergeant Dion McDonnell during the November 2 evidentiary hearing (Dkt. No. 2524). Any response by the government must be included in its response to defendant Herrera's November 1 motion for disclosure of basis of expert opinion, due on **FRIDAY, NOVEMBER 12** at **NOON** (Dkt No. 2485). Any reply by defendant Herrera should be incorporated into its reply for that same motion, due on **WEDNESDAY, NOVEMBER 17** at **NOON**.

**IT IS SO ORDERED.**

Dated: November 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE