IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT HERRERA'S MOTIONS FOR DISCLOSURE OF *BRADY* MATERIAL RE 1211 AND FOR MOLINA NOTES AND MEMORANDA** |
| v. | |
| GUILLERMO HERRERA, *et al.*, | |
| Defendants. | |

Defendant Guillermo Herrera moves for disclosure of *Brady* material regarding 1211 (Dkt. No. 2544). Defendant Herrera also moves for discovery of notes and memoranda of proposed government expert witness Sergeant Mario Molina (Dkt. No. 2546). Any response by the government to either motion must be submitted **WEDNESDAY, NOVEMBER 17** at **NOON**. Any reply by defendant Herrera should be submitted by **FRIDAY, NOVEMBER 19** at **NOON**.

**IT IS SO ORDERED.**

Dated: November 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE