IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE STATEMENT BY GUILLERMO HERRERA RE MOTION FOR IMMEDIATE DISCLOSURE, AND EFFECTIVE USE, OF MATERIAL RE 1211** |
| GUILLERMO HERRERA, *et al*., | |
| Defendants. | |
| _____/ | |

Defendant Guillermo Herrera has filed a statement indicating that the government has failed to respond to his motion for immediate disclosure, and effective use, of *Brady* material regarding 1211 (Dkt. No. 2633). Any such response by the government was due by November 17 (Dkt. No. 2564).

Although the government has not submitted a direct response to the motion, the government has responded to the November 5 order requesting briefing on whether the deadline for non-Jencks *Brady* material relating to government civilian witnesses should be changed (Dkt. No. 2616). It appears that the government intends its briefing to also address defendant Herrera's motion and the undersigned will treat it as such.

**IT IS SO ORDERED.**

Dated: November 19, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE