IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO HERRERA, *et al.*<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER GRANTING DEFENDANT GUILLERMO HERRERA'S JOINDER TO DEFENDANT ALVARADO'S MOTION TO EXCLUDE GANG EXPERTS** |

On July 30, defendant Guillermo Herrera moved to join defendant Cesar Alvarado's motion to exclude gang expert testimony (Dkt. No. 2009). This joinder motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: December 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE