MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
WIL FRENTZEN (LABN 24421)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758/7301
   Facsimile: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S3-CR-08-0730-WHA |
| v. | STIPULATION AND [PROPOSED] ORDER |
| GUILLERMO HERRERA, | |
| Defendant. | |

The Government respectfully submits this Stipulation and Proposed Order on behalf of the parties to request that the January 11, 2011 hearing on the defendant's motion to compel (Docket # 2743) be continued until January 21, 2011. The parties hereby stipulate and agree to the following:

    1.    On December 9, 2010, defendant Guillermo Herrera filed a motion to compel the production of documents from the San Francisco Police Department ("SFPD") and set January 11, 2011 as the hearing date. Counsel for the SFPD, however, will be out of town on January 11, 2011. Accordingly, after conferring among themselves, the parties determined that all would be available on January 21, 2011.

2. Accordingly, the Government and the SFPD would respectfully request that the January 11, 2011 hearing date scheduled for the above-captioned matter be continued until January 21, 2011 at 2:00 pm, if the Court's schedule permits. Martin Sabelli, Esq., counsel for the defendant, does not object to this request.

SO STIPULATED.

DATED: December 27, 2010
/s/
W.S. Wilson Leung
Assistant United States Attorney

DATED: December 27, 2010
/s/
Martin Sabelli, Esq.
Counsel for Guillermo Herrera

DATED: December 27, 2010
/s/
Ronnie Wagner, Esq.
Counsel for San Francisco Police Department

IT IS HEREBY ORDERED THAT, for the foregoing reasons, the hearing on the defendant's motion to compel is continued until January 21, 2011 at 2:00 pm.

DATED: January 3, 2011.

_____
HON. WILLIAM ALSUP
United States District Judge