IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-0730 WHA |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| IVAN CERNA, et al., | ~~(FILED UNDER SEAL)~~ |
| Defendants. | |

Before the Court is unopposed Guillermo Herrera's ex parte application to seal the exhibits filed at docket 2743-1.

IT IS HEREBY ORDERED THAT the exhibits filed at docket 2743-1 shall be filed under seal. The application and declaration of Martin Sabelli in support of the request to file the exhibits under seal shall also be filed under seal.

DATED: January 3, 2011.

WILLIAM ALSUP
United States District Judge