IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO HERRERA, *et al*.<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE BRIEFING SCHEDULE FOR DEFENDANT GUILLERMO HERRERA'S DISCOVERY MOTION RE DEFENDANT JONATHAN CRUZ-RAMIREZ'S METRO PCS RECORDS** |

Any response by the government to defendant Guillermo Herrera's motion for discovery of defendant Jonathan Cruz-Ramirez's Metro PCS records is to be submitted by **JANUARY 28 AT NOON** (Dkt. No. 3070). Any reply by defendant Herrera must be submitted by **FEBRUARY 1 AT NOON**. The parties will be notified if a hearing is necessary.

**IT IS SO ORDERED.**

Dated: January 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE