UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. S3-08-CR-0730-WHA |
|---|---|---|
| v. | ) ) ) | [~~PROPOSED~~] SEALING ORDER |
| GUILLERMO HERRERA, | ) ) | |
| Defendant. | ) ) ) | ~~UNDER SEAL~~ |

IT IS HEREBY ORDERED THAT the Government's Response to the Motion for Discovery of Guillermo Herrera, and any supporting materials, be filed under seal until further order of this Court.

SO ORDERED.

DATED: January 21, 2011

HON. WILLIAM ALSUP
United States District Judge