1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

  v.

GUILLERMO HERRERA, *et al.*

         Defendants.

_____/

No. CR 08-0730 WHA

**ORDER RE PRODUCTION OF
UNREDACTED VERSIONS OF
NOTEBOOKS PRODUCED BY
SFPD AT JANUARY 21 HEARING**

Counsel for defendant Guillermo Herrera has notified the undersigned that the five
notebooks produced by the SFPD at the January 21 hearing have been heavily redacted (Dkt. No.
3098). At the hearing, the SFPD did not indicate that the notebooks were redacted nor did it
request permission for the notebooks to be redacted. The SFPD is to produce unredacted versions
of the five notebooks by JANUARY 27 AT NOON. If the SFPD believes that any material in the
notebooks must remain redacted, it may leave those redactions in place in its January 27
production, but must also submit a factual proffer via sworn declaration to support any such
redactions.

     **IT IS SO ORDERED.**

Dated: January 24, 2011.

                                _____
                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE