IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING GUILLERMO HERRERA'S REQUEST FOR LEAVE TO FILE LATE FRCrP 12.2(b) NOTICE** |
| GUILLERMO HERRERA, *et al.* | |
| Defendants. | |

Defendant Guillermo Herrera's request for leave to file a late FRCrP 12.2(b) notice is **GRANTED** (Dkt. No. 3104). If the government seeks mental examination of defendant Guillermo Herrera pursuant to FRCrP 12.2(c)(1)(B), the January 21 order issued with respect to defendants Erick Lopez, Daniel Portillo, Angel Noel Guevara, and Jonathan Cruz-Ramirez shall similarly apply to defendant Guillermo Herrera (Dkt. No. 3079).

**IT IS SO ORDERED.**

Dated: January 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE