RONNIE M. WAGNER State Bar #221461
SFPD Legal Division Attorney
San Francisco Police Department
850 Bryant Street, Room 575
San Francisco, California  94103
Telephone:	(415) 553-1147
Facsimile:	(415) 553-1999
E-Mail:	Ronnie.wagner@sfgov.org

Attorney for SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, et al.<br>(GUILLERMO HERRERA)<br><br>Defendant(s). | Case No. CR-08-0730 WHA<br><br>S.F.P.D.'S APPLICATION AND <s>(PROPOSED)</s> ORDER EXTENDING TIME<br><br>Hearing Date:	Date n/a<br>Time:	Time n/a<br>Place:	Dept. 9 |

  The San Francisco Police Department ("SFPD") respectfully submits this Application and Proposed Order to request an extension of the time for it to submit declarations explaining the redactions made to certain Gang Task Force materials provided to the Court, to deliver five (5) un-redacted Homicide binders to the Court, and to file a Proposed Protective Order.

  At the hearing of January 21, 2011, the Court ordered that a declaration explaining SFPD's redactions relating to certain Gang Task Force records be filed by noon on January 26, 2011. However, Sergeant Dion McDonnell, who handled the redactions, was out of town on official business until January 25, 2011.  Sergeant McDonnell responded to Legal Division on that date and also began drafting a responsive declaration which is not yet complete.

On January 24, 2011, SFPD received a subsequent Order to deliver five (5) un-redacted Homicide binders to the Court on Thursday, January 27, 2011.  With respect to the Homicide binders, Officer Mourgos of the Legal Division performed redactions thereto, at the direction of Legal Division and Homicide Detail.  This task took three full days, and required the assistance of additional Officers in Written Directives Unit, where the Homicide files were transported from Homicide Detail and housed in a secured area during reproduction and redaction.

In light of the Court's recent Order to deliver un-redacted Homicide records for dissemination, SFPD Legal Division requires additional time to ensure that Homicide Detail has reviewed the Legal Division's Proposed Protective Order.  This effort is presently under way and has been ongoing, but requires Legal Division's Commanding Officer to coordinate with Homicide Detail's Commanding Officer.  Each Commanding Officer has myriad daily obligations requiring their respective attention and presence.  Moreover, SFPD's Legal Division, which is not large and has extremely limited resources, (further impacted by having recently lost two employees) also has additional time- sensitive subpoenas, motions, records requests, inquiries from District Stations, legal questions, and the like to which to respond daily as well as other judicial obligations including but not limited to hearings and other court appearances in Superior Court.

Accordingly, the SFPD respectfully requests that the January 26, 2011 and January 27, 2011 dates be extended until February 1, 2011.

DATED: January 26, 2011

Respectfully submitted,

_____
Ronnie M. Wagner
San Francisco Police Department

2

c:\documents and settings\robosullivan\desktop\rw.cerna.sfpd.application.herrera.2011.doc

FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED THAT the date by which the San Francisco Police Department must submit the above-referenced declaration(s) and records is: February 1, 2011.

SO ORDERED.

Date: January 26, 2011.



HON. WILLIAM ALSUP
United States District Judge

c:\documents and settings\robosullivan\desktop\rw.cerna.sfpd.application.herrera.2011.doc