IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 08-0730 WHA |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER SEALING EXHIBIT 2 (TABLE OF STATEMENTS) TO GUILLERMO HERRERA'S MOTION IN LIMINE RE CO-CONSPIRATOR STATEMENTS SUMMARIZED BY THE GOVERNMENT (DOCKET 3121) |
| GUILLERMO HERRERA, | |
| Defendant. | |
| | ~~FILED UNDER SEAL~~ |

Good cause appearing,

IT IS HEREBY ORDERED THAT Exhibit 2 (Table of Statements) to Guillermo Herrera's Motion in Limine Re Co-Conspirator Statements Summarized by the Government (Docket 3121) is filed under seal.

IT IS SO ORDERED.

Dated: January 31, 2011

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

1