IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO HERRERA, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**NOTICE RE UNREDACTED HOMICIDE BINDERS PRODUCED BY THE SFPD AND PREVIOUSLY PRODUCED CDS** |

On February 1, the undersigned received a subpoena return from the SFPD consisting of five unredacted "homicide" binders from the SFPD and "interview recordings" CDs. Although counsel for the SFPD originally submitted a declaration asserting the SFPD's belief that redaction of homicide files might be appropriate, the SFPD subsequently filed a stipulated protective order and submitted unredacted versions of the homicide files to forward to defense counsel (Dkt. Nos. 3112, 3188). The stipulated protective order governing the records has been entered (Dkt. No. 3253). Accordingly, the materials will be turned over to counsel for defendant Guillermo Herrera as-is.

Similarly, it is unclear whether this most recent production supersedes the twelve CDs previously-produced by the SFPD and the undersigned has not received any instructions regarding these twelve CDs. As such, the CDs (redacted and unredacted versions) will also be produced to defense counsel. The undersigned has not received any filings explaining the need

for redaction of the CDs and the deadline for any such submission has passed. Use of these materials must comply with the terms of the stipulated protective order.

Dated: February 2, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE