IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO HERRERA, *et al.*<br><br>Defendants. | No. CR 08-0730 WHA<br><br>**ORDER DENYING WITHOUT PREJUDICE DISCOVERY MOTIONS FILED BY DEFENDANT GUILLERMO HERRERA (DKT. NOS. 3070, 3245, 3246)** |

Defendant Guillermo Herrera has filed a number of motions seeking discovery from the government. The government's response to defendant Herrera's motion for discovery of defendant Cruz-Ramirez's telephone records, however, made clear that all or at least some of the motion practice may have been avoided if defense counsel first met and conferred with the government prior to filing the motion (Dkt. Nos. 3070, 3193). Additionally, it appears that two other recently-filed discovery motions may also be rendered moot in whole or in part if defense counsel meets and confers with the government (Dkt. Nos. 3245, 3246). Accordingly, all three motions are **DENIED** without prejudice to refiling after counsel meets and confers with the government to determine whether the government even has the records defense counsel seeks or if the government is unwilling to turn any such records over, if they exist. Indeed, this is the procedure required by Criminal Local Rule 16-2.

**IT IS SO ORDERED.**

Dated: February 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE