IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO HERRERA, *et al.*<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE BRIEFING SCHEDULE FOR DEFENDANT GUILLERMO HERRERA'S MOTION FOR PRODUCTION OF NG/JOLDIC HOMICIDE FILES (DKT. NO. 3304)** |

Defendant Guillermo Herrera moves to compel production of records related to the homicides of Ernad Joldic and Philip Ng (Dkt. No. 3304). The SFPD is to file a response to this motion by **5 P.M.** on **WEDNESDAY, FEBRUARY 9.** Prior to filing this response, the SFPD is to meet and confer with counsel for defendant Herrera to see if any of the disputed issues can be resolved between the parties without judicial intervention.

Any response by defendant Herrera is due by **FRIDAY, FEBRUARY 11** at **NOON.** The parties will be notified if a hearing on the motion is necessary.

**IT IS SO ORDERED.**

Dated: February 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE