IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO HERRERA, *et al.*<br><br>Defendants. | No. CR 08-0730 WHA<br><br>**ORDER GRANTING DEFENDANT GUILLERMO HERRERA'S THIRD AND FOURTH MOTIONS TO COMPEL UNREDACTED SFPD FILES RE PHILIP NG ANDERNAD JOLDIC HOMICIDES** |

Defendant Guillermo Herrera moves to compel production of unredacted SFPD files regarding the homicides of Ernad Joldic and Philip Ng (Dkt. Nos. 3304, 3377). These records were subpoenaed in October 2009 (Dkt. No. 3377-1). For good cause shown, the motions to compel are **GRANTED**. The SFPD shall turn over the records regarding the Philip Ng and Ernad Joldic homicides by **FEBRUARY 15 AT 5 P.M.** The undersigned is aware that SFPD counsel — Attorney Ronnie Wagner — will unavailable beginning February 14 (Dkt. No. 3336). Attorney Wagner shall accordingly arrange for production prior to her departure or make arrangements for delivery of the records despite her absence.

Defendants Jonathan Cruz-Ramirez, Danilo Velasquez, Erick Lopez, and Moris Flores move to join in one or both motions to compel (Dkt. Nos. 3333, 3343, 3357, 3385). These joinder motions are **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE