IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUILLERMO HERRERA,<br><br>Defendant. | Case No. CR 08-0730 WHA<br><br>[~~PROPOSED~~] ORDER SEALING GUILLERMO HERRERA'S NOTICE RE INTENT TO REVISE MOTION TO DISMISS RE OUTRAGEOUS GOVERNMENT MISCONDUCT (DOCKETS 3136, 3136-1, AND 3267) IN LIGHT OF SUBSEQUENT EVENTS<br><br>FILED UNDER SEAL |

Good cause appearing, and in order to abide by the terms of this Court's Protective Order,

IT IS HEREBY ORDERED THAT Guillermo Herrera's Notice Re Intent To Revise Motion to Dismiss Re Outrageous Government Misconduct (Dockets 3136, 3136-1, And 3267) in Light of Subsequent Events be filed under seal.

IT IS SO ORDERED.

Dated: February 9, 2011

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

1