IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 08-0730 WHA |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER SEALING EXHIBITS IN SUPPORT OF GUILLERMO HERRERA'S MOTION TO DISMISS RE OUTRAGEOUS GOVERNMENT MISCONDUCT (DOCKETS 3136, 3136-1, AND 3267) |
| GUILLERMO HERRERA, | |
| Defendant. | |
| | FILED UNDER SEAL |

In order to comply with this Court's Protective Order and good cause appearing,

IT IS HEREBY ORDERED THAT Guillermo Herrera's Exhibits in Support of the following pleadings be filed under seal:

1. Guillermo Herrera's Motion To Dismiss Due To Outrageous Government Misconduct and Request For Evidentiary Hearing [Docket 3136];

2. Declaration Of Counsel in Support Of Guillermo Herrera's Motion to Dismiss on Grounds of Outrageous Government Misconduct [Docket 3136-1]; and

3. Second Supplementary Declaration of Counsel in Support of Guillermo Herrera's Motion to Dismiss on Grounds of Outrageous Government Misconduct (Docket 3136) [Docket 3267].

IT IS SO ORDERED.

Dated: February 9, 2011

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

1