1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   W.S. WILSON LEUNG (CABN 190939)
    WIL FRENTZEN (LABN 24421)
5   CHRISTINE Y. WONG (NYBN 3988607)
    Assistant United States Attorneys

6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102
        Telephone: (415) 436-6758
8       Facsimile: (415) 436-6753
        E-Mail: wilson.leung@usdoj.gov

9

10  THERYN GIBBONS (NYBN 759321)
    Trial Attorney, United States Department of Justice

11  Attorneys for the United States of America

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,          )   No: S3-CR-08-0730 WHA
                                       )
17                                     )
            v.                         )   APPLICATION AND [PROPOSED] SEALING
18                                     )   ORDER FOR GOVERNMENT'S FURTHER
                                       )   RESPONSE TO DEFENDANT'S MOTION
19  GUILLERMO HERRERA,                 )   TO DISMISS
                                       )
20                                     )
            Defendant.                 )
21                                     )
                                       )
22  _____)

23          The Government respectfully submits this Application and [Proposed] Order to request

24  that the exhibits attached to the Government's Further Response to Defendant's Motion to

25  Dismiss (Docket #3409) be filed under seal because many of the exhibits marked as defendant's

26  Exhibits A through Y are protected material.

27  //

28

1    DATED: February 9, 2011

2                             Respectfully submitted,

3                             MELINDA HAAG
                                 United States Attorney

4

5                By: _____

6                      W.S. Wilson Leung
                     Assistant United States Attorney

7

8        IT IS HEREBY ORDERED THAT, for the reasons set forth above, the exhibits attached

9    to the Government's Further Response (Docket #3409) is hereby filed under seal until further

10    order of this Court.

11        SO ORDERED.

12    DATED: February __/__2011

13

14                      _____
                     HON. WILLIAM ALSUP
                     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28