1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

  v.

GUILLERMO HERRERA, *et al.*

              Defendants.

                               /

No. CR 08-0730 WHA

**REQUEST FOR INFORMATION FROM GOVERNMENT RE DEFENDANT GUILLERMO HERRERA'S MOTION FOR DISCOVERY RE *MASSIAH***

      With respect to defendant Guillermo Herrera's motion for discovery regarding a purported *Massiah* violation, the government shall please specify:

      (1)     The first date on which Attorney Brass had contact of any type with the government; and

      (2)     The first date on which Attorney Brass and the government discussed the possibility of cooperation or a proffer by his client.

The government shall provide this additional information by **5 P.M.** on **WEDNESDAY, FEBRUARY 16.**

      **IT IS SO ORDERED.**

Dated:  February 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE