1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   WIL FRENTZEN (LABN 24421)
5  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorneys
6
   THERYN G. GIBBONS (NYBN 4612867)
7  Trial Attorney, United States Department of Justice, Gang Unit

8     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
9     Telephone: (415) 436-6758/7301
      Facsimile: (415) 436-6753
10    E-Mail: wilson.leung@usdoj.gov

11 Attorneys for the United States of America

12                    UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,          )   No. S3-08-CR-0730-WHA
                                      )
17                                    )
              v.                      )
18                                    )   ~~[PROPOSED]~~ SEALING ORDER
                                      )
19 GUILLERMO HERRERA,                 )
                                      )
20                                    )   ~~UNDER SEAL~~
           Defendant.                 )
21                                    )
                                      )
22 ─────────────────────────────────

23         FOR THE REASONS STATED in the Government's February 16, 2011, response to this

24 Court's Order of February 15, 2011, directing the Government to provide further information in

25 response to defendant Guillermo Herrera's Massiah motion (Docket #3514),

26         IT IS HEREBY ORDERED THAT the Government's response and this sealing order are

27 sealed until further order of this Court, and that the possession of the Government's response

28 shall be limited to the parties in this matter and solely for the purpose of preparing this case for

1    purpose.

2    DATED: February __17__, 2011

SO ORDERED.

HON. WILLIAM ALSUP
United States District Court