IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GUILLERMO HERRERA, *et al.*

    Defendants.
                                          /

No. CR 08-0730 WHA

**ORDER RE BRIEFING SCHEDULE AND HEARING RE DEFENDANT HERRERA'S MOTION TO EXCLUDE JAIL INCIDENT EVIDENCE PURSUANT TO RULE 404(b) AND 608(b)**

Any response by the government to defendant Guillermo Herrera's motion to exclude jail incident evidence pursuant to Rule 404(b) and 608(b) is to be filed by **FRIDAY, MARCH 11 AT NOON** (Dkt. No. 3575). Any reply must be filed by **WEDNESDAY, MARCH 16 AT NOON**. A hearing on the motion will be held on **TUESDAY, MARCH 22 AT 2 P.M.**

**IT IS SO ORDERED.**

Dated: March 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE