IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO HERRERA, *et al.*<br><br>Defendants.<br>———————————————————/ | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENDANT HERRERA'S MOTION FOR CLARIFICATION ON RULING ON MOTION TO EXCLUDE COCONSPIRATOR STATEMENTS** |

Defendant Guillermo Herrera moves for clarification to determine whether the March 16 order constitutes a ruling of his challenges to items 90 and 155 listed in the government's coconspirator statement summaries (Dkt. No. 3762).

To clarify, the March 16 order does not constitute a ruling on items 90 and 155. Defendant Herrera's specific challenges to items 90 and 155 were denied at the pretrial conference, as memorialized in the March 3 order (Feb. 14 Tr. 63, 70; Dkt. No. 3644 at 17).

**IT IS SO ORDERED.**

Dated: March 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE