IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GUILLERMO HERRERA, *et al.*,

    Defendants.

No. CR 08-0730 WHA

**ORDER RE SUPPLEMENTAL PROFFERS RE DEFENDANT GUILLERMO HERRERA'S JAIL INCIDENTS EXCLUSION MOTION**

Per the parties' agreement at yesterday's hearing, defendant Guillermo Herrera's jail incident exclusion motion will be heard on **TUESDAY, MARCH 29 AT 8 A.M.** (Dkt. No.3575).

As previously stated, if the government wishes to submit supplemental information regarding the jail incidents at issue, it may do so by **MONDAY, MARCH 28 AT NOON**. Conversely, if counsel for defendant Herrera wishes to submit any supplemental information regarding the jail incidents, he may do so by the same date and time.

**IT IS SO ORDERED.**

Dated: March 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE