Ruben Sundeen, Esq., SBN 184621
SUNDEEN SALINAS & PYLE
428 - 13th Street, 8th Floor
Oakland, CA 94612
Tel: 510-663-9240
Fax: 510-663-9241

Attorneys for ROCKET LAWYER, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> IVAN CERNA, et al., <br>     Defendants. | Case No. CR 08-0730 WHA <br><br> REPORT OF SETTLMENT WITH JUROR 24 |

Rocket Lawyer, Inc., and its employee, Juror 24, have entered into a written agreement which will provide Juror 24 with additional and sufficient pay in order to allow Juror 24 to carry out his jury service without financial hardship.

A copy of Juror 24's *Withdrawal of Financial Hardship Request* is being filed concurrent with this concluding brief.

Dated: April 1, 2011

                                                /s/ Ruben Sundeen
                                                Ruben Sundeen, Attorney
                                                for Rocket Lawyer, Inc.