IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 08-0730 WHA |
|---|---|
| Plaintiff, | |
| vs. | ~~[PROPOSED]~~ ORDER SEALING GUILLERMO HERRERA'S APPLICATION TO FILE SUPPLEMENTAL DECLARATION OF COUNSEL IN SUPPORT OF JOINDER TO DOCKET 3857 (MOTION TO RECONSIDER MOTION TO CONTINUE TRIAL) AND SUPPLEMENTAL DECLARATION |
| GUILLERMO HERRERA, | |
| Defendant. | |
| | ~~FILED UNDER SEAL~~ |

Good cause appearing, and in order to abide by the terms of this Court's Protective Order,

IT IS HEREBY ORDERED THAT Guillermo Herrera's Application to File Supplemental Declaration of Counsel in Support of Joinder to Docket 3857 (Motion To Reconsider Motion To Continue Trial) and Supplemental Declaration be filed under seal.

IT IS SO ORDERED.

Dated: April 1, 2011

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

1