RONNIE M. WAGNER State Bar #221461
SFPD Legal Division Attorney
San Francisco Police Department
850 Bryant Street, Room 575
San Francisco, California 94103
Telephone: (415) 553-1147
Facsimile: (415) 553-1999
E-Mail: Ronnie.wagner@sfgov.org

Attorney for
SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. CR 08-0730 WHA |
|---|---|
| Plaintiff, | ~~PROPOSED~~ ORDER TO FILE DECLARATION UNDER SEAL |
| v. | |
| IVAN CERNA, et al. (GUILLERMO HERRERA) Defendants. | |

IT IS HEREBY ORDERED that San Francisco Police Department's Declaration of Attorney Ronnie M. Wagner concerning discovery production of July 1, 2011, be filed under seal. and *ex parte*. The declaration will only be served on counsel for the subpoenaing defendant, defendant Guillermo Herrera. The application for sealing order and this order will be filed on the public docket.

IT IS SO ORDERED.


DATED: July 5, 2011.

_____
HONORABLE WILLIAM H. ALSUP,
UNITED STATES DISTRICT JUDGE

1