IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO HERRERA, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE BRIEFING FOR OLIVER MAROTA'S MOTION TO QUASH SUBPOENA** |

Any response by defendant Guillermo Herrera to Oliver Marota's motion to quash his subpoenas *duces tecum* shall be filed by **WEDNESDAY, JULY 13 AT 5 P.M.** As the motion was filed publicly, the undersigned does not see an occasion to hold the proceedings under seal. Oral argument on the motion will be heard on **THURSDAY, JULY 13 AT 7:30 A.M.** in Courtroom 9.

**IT IS SO ORDERED.**

Dated: July 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE