1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

UNITED STATES OF AMERICA,

No. CR 08-0730 WHA

11

Plaintiff,

12

v.

**ORDER RE BRIEFING FOR OLIVER MAROTA'S MOTION TO QUASH SUBPOENA**

13

GUILLERMO HERRERA, *et al.*

14

Defendants.

15

16          Any response by defendant Guillermo Herrera to Oliver Marota's motion to quash his

17    subpoenas *duces tecum* shall be filed by **WEDNESDAY, JULY 13 AT 5 P.M.** As the motion was

18    filed publicly, the undersigned does not see an occasion to hold the proceedings under seal. Oral

19    argument on the motion will be heard on **THURSDAY, JULY 13 AT 7:30 A.M.** in Courtroom 4.

20

21          **IT IS SO ORDERED.**

22

23    Dated: July 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

24
25
26
27
28