IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO HERRERA, *et al.*<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE RESPONSE TO DEFENDANT GUILLERMO HERRERA'S REQUEST FOR REDACTION OF TX 183T-G** |

Defendant Guillermo Herrera seeks redaction of TX 183T-G from page 22 (starting at "[00:11:47]") to page 24 (ending at "[VOICES OVERLAP]") (Dkt. No. 4723). Any response by the government to this request must be filed by **TUESDAY, JULY 19 AT 5 P.M.**

**IT IS SO ORDERED.**

Dated: July 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE