United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO HERRERA, *et al*.<br><br>Defendants. | No. CR 08-0730 WHA<br><br>**ORDER GRANTING REQUEST FOR JUDICIAL NOTICE OF 1211 INDICTMENT** |

As stated during the July 19 proceedings, defendant Guillermo Herrera's request for judicial notice regarding the indictment and conviction of 1211 is **GRANTED**. The Court intends to read the following to the jury:

> Roberto Acosta, also known as 1211, was indicted on March 29, 2011, for unlawfully, knowingly, and intentionally making a materially false, fictitious, and fraudulent statement and representation during a debriefing with federal prosecutors and an Immigration and Customs Enforcement special agent. Mr. Acosta was found guilty of this charge on July 12, 2011.

Any objection to the above language must be filed by **THURSDAY, JULY 21 AT 5 P.M.** Any such objection must be accompanied by a counter-proposal.

**IT IS SO ORDERED.**

Dated: July 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE