IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GUILLERMO HERRERA, *et al*.

Defendants.

No. CR 08-0730 WHA

**ORDER GRANTING REQUEST FOR FURTHER REDACTION OF TX 183-T**

As stated during the July 20 proceedings, defendant Guillermo Herrera's request for further redactions to TX 183T-G is **GRANTED** (Tr. 14108–09). In addition to the redactions outlined in the July 11 order (Dkt. No. 4694), TX-183T-G must be redacted from page 22 (starting at "[00:11:47]") to page 24 (ending at "[VOICES OVERLAP]").

It should be noted, however, that this order is not based on the merits of defendant Herrera's *Doyle* argument. The further redactions have been ordered because of the government's non-opposition to the majority of the redactions.

**IT IS SO ORDERED.**

Dated: July 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE