IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER CANCELLING WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| GUILLERMO HERRERA, *et al*. | |
| Defendants. / | |

The Court has been notified by counsel for defendant Guillermo Herrera that bringing Cesar Alvarado from Colorado to testify in the above-captioned matter would not be productive given that counsel has been informed that Mr. Alvarado will assert the Fifth Amendment privilege. Accordingly, the writ of habeas corpus ad testificandum issued on July 22 is hereby cancelled.

**IT IS SO ORDERED.**

Dated: July 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE