1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

GUILLERMO HERRERA, *et al*.

          Defendants.

_____/

No. CR 08-0730 WHA

**ORDER SEALING RESPONSE AND
AMENDED RESPONSE RE REQUEST
FOR ISSUANCE OF WRIT OF HABEAS
CORPUS AD TESTIFICANDUM
FOR CESAR ALVARADO**

Defendant Guillermo Herrera's request to seal his response and amended response

regarding the Court's issuance of a writ of habeas corpus *ad testificandum* for Cesar Alvarado

are hereby filed *ex parte* and under seal. The original statement was received via email by the

Deputy Courtroom Clerk on July 22, 2011. The amended statement was received via email by

the Deputy Courtroom Clerk on July 25, 2011.

     **IT IS SO ORDERED.**

Dated:  August 8, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28