1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,                    No. CR 08-0730 WHA

11              Plaintiff,

12     v.                                         **NOTICE RE DEFENDANT
                                                  HERRERA'S MOTION TO**
13   GUILLERMO HERRERA, et al.,                   **CONTINUE SENTENCING**

14              Defendants.
                                       /
15

16          Attorney Martin Sabelli has moved for a continuance of defendant Herrera's November 30

17   sentencing date due to conflicting personal and professional commitments (Dkt. No. 5092).

18   Before ruling on the motion, the undersigned requests the following information:

19          (1)     Is Attorney Sabelli available on December 7?

20          (2)     Does any party object to defendant Herrera being sentenced separately from those

21                  defendants being sentenced on November 30?

22   Responses must be filed by **FRIDAY, SEPTEMBER 16 AT NOON**.  The undersigned is still

23   considering whether to reschedule the sentencing and this inquiry should not be taken as an

24   implicit suggestion that the sentencing will be rescheduled.

25

26   Dated:  September 14, 2011.
                                       _____
27                                     WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE
28