IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO HERRERA, et al.,<br><br>Defendants.<br>/ | No. CR 08-0730 WHA<br><br>**SECOND REQUEST FOR INFORMATION RE: REQUEST TO CONTINUE SENTENCING** |

By **WEDNESDAY, SEPTEMBER 28 AT NOON**, Attorney Martin Sabelli shall please advise the Court if he is available on December 7. A prior order requested this information, but counsel's response only specified he would be in the jurisdiction on December 7 and did not make clear if counsel would make himself available on that date (Dkt. Nos. 5109, 5124, 5127).

Dated: September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE