IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GUILLERMO HERRERA, et al.,

Defendants.

No. CR 08-0730 WHA

**ORDER RE REQUEST TO CONTINUE SENTENCING**

Defendant Guillermo Herrera's request to continue his November 30 sentencing is **GRANTED IN PART** (Dkt. Nos. 5092, 5127, 5182). The sentencing will be continued to **DECEMBER 8 AT 1:30 P.M.** All other sentencings scheduled for November 30 will go forward as originally scheduled.

**IT IS SO ORDERED.**

Dated: September 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE